# UNITED STATES DISTRICT COURT
for the

District of

Division

Jeffrey Rivard
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Town of Brattleboro
Brattleboro Police Dept
Ryan Washburn
Adam Petlock
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:24-cv-875
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jeffrey Rivard
Street Address: 85 South St
City and County: Brattleboro WINDHAM
State and Zip Code: Vermont 05301
Telephone Number: 802 202 6070
E-mail Address: BLIROVICH@GMAIL.COM

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Adam Petlock
  Job or Title (if known): Officer
  Street Address: 62 Black Mountain Rd / 115 Chestnut W
  City and County: Brattleboro Windham
  State and Zip Code: Vermont 05301
  Telephone Number: 802 257 7950
  E-mail Address (if known): police@brattleboro.gov

Defendant No. 2
  Name: Ryan Washburn
  Job or Title (if known): Officer
  Street Address: 62 Black Mountain Rd
  City and County: Westmoreland Cheshire
  State and Zip Code: New Hampshire
  Telephone Number: 802 257 7950
  E-mail Address (if known): police@brattleboro.gov

Defendant No. 3
  Name: John Potter
  Job or Title (if known): Town of Brattleboro Town Manager
  Street Address: 230 Main St Suite 208
  City and County: Brattleboro Windham
  State and Zip Code: Vermont 05301
  Telephone Number: 802 251 8151
  E-mail Address (if known): jpotter@brattleboro.gov

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC 241    18 USC 242    42 USC 3631
1st Amendment    4th Amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

VJFC and State of Vermont arrest Stephens and I require [below?]

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I moved here into a housing scam where my wife gave over a passport to the Stevens. While removed from the house on my way to an outpatient referral by Windham Co. a warrant bumped me and I was unlawfully arrested and subject of a libel which has never been removed or updated. The town is aware I'm disabled and the town refuses complaint and misrepresentation in lost papers.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. That Brattleboro remove or alter the libelous print from Dec 2020 and punitive damages for distress are ordered

- Officer Washburn omitted details of a crash on February 02nd 2022 that harmed subrogation and did not cite the other driver for admitted traffic offenses. This was about the time for a correction of an omitted detail by a known dishonest officer Bradley Penniman who still omitted the other driver left the scene.
- Washburn responded to a suspicious person complaint March 15 2023 where he states his eyewitness to an assault which is a lie. He is joined in this dishonesty by an Academy School employee on Western Ave Brattleboro
- The ~~Feb 02~~ Dec 10 2019 arrest caused removal from a homeless shelter.
- Officer Carbone is joined March 15 2023 where he perjured in a sworn affidavit Jun 02nd 2020 and was suborned by LT Petlock
- This pattern is recently observed by the March 15 2023 incident where without verbal command Petlock presses his thumb into my solar plexus. Eaton opens door into me and aggressively slams it when I direct him to clear so I can leave.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/29/2024

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Jeffrey Rivard

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address